IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TERRENCE BROWNLEE,

    Plaintiff,                              No. CIV S-06-2680 LKK EFB P

    vs.

D.L. PORTER, et al.,

    Defendants.               <u>ORDER</u>

                              /

      Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1).

      On June 3, 2008, the court determined that for purposes of § 1915A screening, plaintiff's December 26, 2007 second amended complaint failed to state a cognizable claim for relief. Dckt. No. 17. Judgment was duly entered. Dckt. No. 18. Plaintiff appealed the judgment to the United States Court of Appeals for the Ninth Circuit, which affirmed in part, vacated in part, and remanded the case to this court. The Court of Appeals vacated the portion of the order finding that plaintiff failed to state a claim against defendant Friederichs. The Court of Appeals found that plaintiff's allegations that defendant Friederichs lifted the medical hold against transfer, the effect of which was to delay needed surgery and prolong plaintiff's back pain, state a claim that

1

defendant Friederichs was deliberately indifferent to plaintiff's serious medical needs. The court affirmed the December 26, 2007 order in all other respects.

The court therefore finds that the complaint states a cognizable Eight Amendment claim against defendant Friederichs.

Accordingly, it hereby is ordered that:

1. Service is appropriate for defendant Friederichs.

2. The Clerk of the Court shall send plaintiff one USM-285 form, one summons, an instruction sheet and one copy of the December 26, 2007 pleading.

3. Within 30 days from service of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit it to the court with the completed summons and USM-285 form and two copies of the endorsed December 26, 2007 pleading.

4. Upon receipt of the necessary materials, the court will direct the United States Marshal to serve defendant Friederichs pursuant to Federal Rule of Civil Procedure 4 without payment of costs. Failure to comply with this order will result in a recommendation that this action be dismissed.

Dated: February 12, 2010.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TERRENCE BROWNLEE,

     Plaintiff,                    No. CIV S-06-2680 LKK EFB P

    vs.

D.L. PORTER, et al.,

     Defendants.             <u>NOTICE OF SUBMISSION OF DOCUMENTS</u>

                              /

     Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

          <u> 1 </u>     completed summons form

          <u> 1 </u>     completed forms USM-285

          <u> 2 </u>     copies of the Second Amended Complaint

Dated:

                                               Plaintiff