IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TERRENCE BROWNLEE,

        Plaintiff,                      No. CIV S-06-2680 LKK EFB P

    vs.

D.L. PORTER, et al.,

        Defendants.            <u>ORDER</u>

                                 /

       Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. He has requested that the court appoint counsel. District courts lack authority to require counsel to represent indigent prisoners in section 1983 cases. *Mallard v. United States Dist. Court*, 490 U.S. 296, 298 (1989). In exceptional circumstances, the court may request counsel voluntarily to represent such a plaintiff. 28 U.S.C. § 1915(e)(1); *Terrell v. Brewer*, 935 F.2d 1015, 1017 (9th Cir. 1991); *Wood v. Housewright*, 900 F.2d 1332, 1335-36 (9th Cir. 1990). The court finds that there are no exceptional circumstances in this case.

       Plaintiff also requests that default judgment be entered against defendant Friedrichs. By order dated September 14, 2010, this court found that default judgment was not warranted. Accordingly, plaintiff's requests will be denied.

////

1

Accordingly, IT IS HEREBY ORDERED that

1. Plaintiff's September 10, 2010 motion for appointment of counsel, Dckt. No. 38, is denied; and

2. Plaintiff's September 15, 2010 requests for default judgment, Dckt. Nos. 37 and 40, are denied.

DATED: September 22, 2010.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE